1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Philip M. Aitken* for petitioner. *Mr. Samuel W. Banning* for respondent.

No. 1144. McCOACH, TRUSTEE, *v.* GRIFFIN, ADMINISTRATOR. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Carl B. Callaway* for petitioner. *Mr. Jos. W. Bailey, Jr.,* for respondent.

No. 1154. BANQUE DE FRANCE *v.* SUPREME COURT OF THE STATE OF NEW YORK ET AL. See *ante,* p. 646.

No. 914. CASEBEER *v.* HUDSPETH, WARDEN. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Edward Casebeer, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for respondent.

No. 1215. PRICE *v.* NATIONAL SURETY CORP. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Homer C. Price, pro se.*

No. 1224. WARD *v.* STATE OF NEW YORK. May 25, 1942. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Theophilus Ward, pro se.*